UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00586-MOC-DSC

| | |
|---|---|
| **DIANNE B. BOYTER,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **BRIAN T. MOYNIHAN, et al.,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Reconsideration and Leave to Amend. Such motion was filed more than 28 days after entry of this court's Order dismissing this action and the Clerk entry of Judgment in accordance therewith. Rule 59(e), Federal Rues of Civil Procedure, provides that "[a] motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Fed.R.Civ.P. 59(e). Despite such procedural lapse, the court has reviewed the substance of plaintiff's motion and finds no basis for altering the Judgment. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Reconsideration and Leave to Amend (#38) is DENIED.

Signed: May 10, 2013

Max O. Cogburn Jr.
United States District Judge